**Order entered April 5, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01501-CR
No. 05-19-01502-CR
No. 05-19-01503-CR

**JABRICE DAVAN ORTEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 401-80783-2018 Cts. I, II & III**

### ORDER

Before the Court is the State's April 2, 2021 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     DENNISE GARCIA
JUSTICE